UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| William R. Menard | Civil Action No. 06-733 |
| versus | Judge Tucker L. Melançon |
| Michael J. Astrue, Commissioner of the Social Security Administration | Magistrate Judge C. Michael Hill |

**JUDGMENT**

Before the Court is the Motion to Reverse and Remand with Incorporated Memorandum filed by the U. S. Commissioner of the Social Security Administration [Rec. Doc. 9]. It is,

ORDERED that the Motion to Reverse and Remand filed by the U. S. Commissioner of the Social Security Administration [Rec. Doc. 9] is GRANTED.

IT IS FURTHER ORDERED that the matter be remanded under the fourth sentence of 42U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting further proceedings. The case will be remanded to an Administrative Law Judge (ALJ) for further development and a new decision. The ALJ will continue the sequential evaluation process beyond step four and obtain supplemental vocational expert testimony. Should the ALJ determine that Plaintiff is under a disability, the ALJ will conduct the further proceedings required to determine whether drug addiction and/or alcoholism are contributing factors material to that finding of disability.

Thus done and signed this 15th day of May, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE